UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MARIA COYTL and NORMA "ANA"
RODRIGUEZ, on their own behalf and on the
behalf of others similarly situated,

                         Plaintiffs,

                      -against-

RESTAURANT ON TENTH CORP.,
AMBAROOM RESTAURANT AND LOUNGE,
CARLOS RUIZ, an individual, and FELIX
DEOLIO, an individual,

                        Defendants.
------------------------------------------------------------- x

**ORDER DENYING MOTION**

09 Civ. 1256 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/09

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 10, 2009, the parties appeared before me for oral argument on Plaintiffs' Motion to Conditionally Certify as a Collective Action and Authorize Notice, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). For the reasons stated on the record, I deny the motion without prejudice.

        The Clerk shall mark the motion (Doc. #5) as terminated.

        SO ORDERED.

Dated:      New York, New York
              September __, 2009

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge